**Alfredo MORALES–GUTIERREZ,
Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney
General, Respondent.**

No. 07–71984.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 8, 2010.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Ramiro Castro, Esquire, Law Offices of Ramiro Castro, San Francisco, CA, for Petitioner.

James A. Hurley, Norah Ascoli Schwarz, Senior Litigation Counsel, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

## MEMORANDUM **

Alfredo Morales–Gutierrez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for cancellation of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for substantial evidence the agency's continuous physical presence determination. *Lopez–Alvarado v. Ashcroft,* 381 F.3d 847, 850–51 (9th Cir.2004). We deny the petition for review.

Substantial evidence supports the agency's conclusion that Morales–Gutierrez did not meet his burden of establishing continuous physical presence, *see* 8 U.S.C. § 1229b(b)(1)(A), because his testimony was internally inconsistent and was inconsistent with his witness' testimony about Morales–Gutierrez's entry date, addresses, and employment for the requisite time period. *Cf. Vera–Villegas v. INS,* 330 F.3d 1222, 1231–34 (9th Cir.2003).

## PETITION FOR REVIEW DENIED.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).